Samuel S. Shaulson (SS-0460)
sshaulson@morganlewis.com
Thomas A. Linthorst (TL-3345)
tlinthorst@morganlewis.com
Law Offices
**MORGAN, LEWIS & BOCKIUS LLP**
502 Carnegie Center
Princeton, NJ  08540
(609) 919-6642 (Telephone)
(609) 919-6701 (Fax)
Attorneys for Defendants

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROY COUTAIN, on behalf of himself and similarly situated employees,<br><br>Plaintiff,<br><br>v.<br><br>JPMORGAN CHASE & CO., and JPMORGAN CHASE BANK, N.A.,<br><br>Defendants. | ELECTRONICALLY FILED<br><br>Docket No. 1:12-cv-02594-FB-RER |

**NOTICE OF APPEARANCE**

Please enter the appearance of the undersigned, Thomas A. Linthorst, as counsel for record for Defendants JPMorgan Chase & Co., and JPMorgan Chase Bank, N.A. in the above-captioned matter.

MORGAN, LEWIS & BOCKIUS LLP

By: ___*s/Thomas A. Linthorst*___
Thomas A. Linthorst

502 Carnegie Center
Princeton, NJ  08650
(609) 919-6642 (Telephone)
(609) 919-6701 (Fax)
*Attorneys for Defendants*

DB1/ 70874431.1